**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 25-cr-02788-BTM |
| Plaintiff, | 25MJ3331 |
| v. | **INFORMATION** |
| JOHAN HERRERA, | Title 21, U.S.C., Secs. 952 and 960 - Importation of |
| Defendant. | Methamphetamine (Felony) |

The United States Attorney charges:

On or about June 16, 2025, within the Southern District of California, defendant, JOHAN HERRERA, did knowingly and intentionally import 500 grams and more, to wit: approximately 12.28 kilograms (27.07 pounds), of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 7/14/25 _____.

ADAM GORDON
United States Attorney

CONNOR VENEKSI
Assistant U.S. Attorney

CVE:sb:6/30/2025